UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>             Plaintiff,<br><br>      v.<br><br>J. RIVERA, et al.,<br><br>             Defendants. | Case No.  1:21-cv-01324-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO ENTER AN EXHIBIT<br><br>(ECF No. 20) |

Plaintiff Thomas K. Mills ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action. On October 28, 2021, Plaintiff filed a motion requesting to "enter an exhibit which relates to [his] case, case laws and citation. Also exhaustion of remedies." (ECF No. 20.)

District Judge Dale A. Drozd entered an order on October 6, 2021, dismissing this case as duplicative of *Thomas K. Mills v. I.Z. Jones*, et al., No. 1:21-cv-01193-HBK, and closing the case. (ECF No. 20.) The Court will therefore deny Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion requesting to enter an exhibit (ECF No. 20) is DENIED.
IT IS SO ORDERED.

Dated:  **November 1, 2021**                                    /s/ *Erica P. Grosjean*
                                                                                  UNITED STATES MAGISTRATE JUDGE

1